IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | No. 11-74 |
| TYRONE BAZZLE : | |

## ORDER

**AND NOW**, this **23rd** day of **March, 2012**, upon consideration of Defendant's Motion to Suppress Physical Evidence and Statements, and upon consideration of Defendant's Motion for Disclosure of the Identity and Information Pertaining to the Confidential Informant, the Government's responses thereto, following a suppression hearing on March 19, 2012, and for the reasons provided in this Court's Memorandum dated March 23, 2012, it is hereby **ORDERED** that:

1. Defendant's motion for disclosure (Document No. 19) is **DENIED**.

2. Defendant's motion to suppress (Document No. 20) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**